# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT SPANN, JR., | Case No. CV 15-03770-GW(RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RICHARD IVES, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 15, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE